WILLIAM L. HOPPER, Appellant, v. JOSEPHINE T. SCHMIDT, Respondent.— In an action to recover damages for personal injuries sustained by plaintiff when struck by defendant's automobile, judgment in favor of defendant and order

denying plaintiff's motion for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.